UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| WILDEARTH GUARDIANS, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:14-cv-00112-MV-RHS |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OFFICE OF SURFACE ) | |
| MINING RECLAMATION AND ) | |
| ENFORCEMENT *et al.*, ) | |
| ) | |
| Federal Defendants, ) | |
| ) | |
| SAN JUAN COAL CO., ) | |
| ) | |
| Defendant-Intervenor ) | |
| ) | |

**ORDER RENEWING STAY OF PROCEEDINGS**

This matter is before the Court on the parties' Joint Motion to Renew the Stay of Proceedings, filed August 24, 2015. In consideration of the motion and the record in this case, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. All proceedings in this matter are **STAYED** until September 8, 2014.

In the event Federal Defendants do not respond by this date to Plaintiff's settlement proposal, the stay shall expire and Federal Defendants' and Defendant-Intervenor's response to Plaintiff's Second Notice of Supplemental Authority (Doc. 67) shall be due on September 15, 2015.

Upon expiration of the stay on September 8, 2015, Federal Defendants' and Defendant-Intervenor's response to Plaintiff's Second Notice of Supplemental Authority would be due

seven (7) days later, that is, September 15, 2015. Subsequent proceedings in this case would occur at the direction of the Court.

In the event Federal Defendants respond to Plaintiff's May 29, 2015 settlement proposal by September 8, 2015, then the Parties agree that Federal Defendants' and Defendant-Intervenor's response to Plaintiff's Second Notice of Supplemental Authority would be due fourteen (14) days later, that is on September 22, 2015.

**SO ORDERED** this 3rd day of September, 2015.

_____
United States District Judge